950

No. 225, Misc. MARCH v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 261, Misc. SALEMI v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Osmond K. Fraenkel* for petitioner. *Frank S. Hogan* and *Charles W. Manning* for respondent.

No. 297, Misc. CAVANAUGH v. CALIFORNIA. Supreme Court of California. Certiorari denied. *Charles R. Garry* for petitioner.

No. 328, Misc. WILLIAMS v. GEORGIA. Supreme Court of Georgia. Certiorari denied. *Carter Goode* and *Eugene Gressman* for petitioner. *Eugene Cook,* Attorney General of Georgia, *Robert H. Hall, E. Freeman Leverett,* Assistant Attorneys General, and *Paul Webb* for respondent.

No. 330, Misc. THOMAS v. ARIZONA. Supreme Court of Arizona. Certiorari denied. Petitioner *pro se. Robert Morrison,* Attorney General of Arizona, *James H. Green, Jr.,* Special Assistant Attorney General, and *Earl Anderson* for respondent.

No. 341, Misc. SPEARS v. TRANSCONTINENTAL BUS SYSTEM, INC. C. A. 9th Cir. Certiorari denied. *I. H. Spears, pro se.*

No. 345, Misc. ILLINOIS EX REL. SMITH v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.